# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bernice Bennett,                           :
                    Petitioner            :
                                          :
            v.                            :    No. 1454 C.D. 2022
                                          :
Jeld Wen, Inc. (Workers'                  :
Compensation Appeal Board),               :
                    Respondent            :


**PER CURIAM**                    **O R D E R**


**NOW**, December 15, 2023, upon consideration of Respondent Jeld-Wen, Inc.'s Motion for Publication of Memorandum Opinion (Motion), to which no response was filed, the Motion is **GRANTED**. The above-captioned Memorandum Opinion, filed October 6, 2023, shall be designated **OPINION** and shall be **REPORTED**.